**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| SHAWN SCHWARTZENBERGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMERXPRESS LLC, d/b/a CAC SERVICES,<br><br>Defendant. | **Case No.: 1:21-cv-00781-NONE-BAM**<br><br>**ORDER GRANTING STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT** |

**ORDER**

Before the Court is the Stipulation to File First Amended Complaint. After considering the Stipulation, the Court ORDERS that:

Plaintiff is GRANTED leave to file his First Amended Complaint. The Clerk of Court is directed to file the First Amended Complaint, attached to the Stipulation as Exhibit A.

/

/

/

/

Defendant's deadline to answer or otherwise respond to Plaintiff's First Amended Complaint shall be fourteen days after the date of the filing of the Stipulation.

IT IS SO ORDERED.

Dated: **July 28, 2021**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE