Paul J. Bauer, State Bar No. 202752
Samuel O. Munson, State Bar No. 333317
**SAGASER, WATKINS & WIELAND, PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483
E-mail: paul@sw2law.com
    sam@sw2law.com

Attorneys for Defendant ConsumerXpress LLC, d/b/a CAC Services

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Shawn Schwartzenberger, Individually and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ConsumerXpress LLC, d/b/a CAC Services,<br><br>Defendant. | Case No.: 1:21-CV-00781-JLT-BAM<br><br>**STIPULATION AND ORDER CONCERNING ECF 41**<br><br>Complaint Filed: May 13, 2021<br>First Amended Complaint: July 28, 2021 |

Plaintiff Shawn Schwartzenberger and Defendant ConsumerXpress LLC, d/b/a CAC Services (collectively "the Parties") do hereby stipulate as follows:

1.  The Parties entered a stipulation herein as of February 25, 2022. (see ECF 41.) The Court has ordered that the Parties submit a form of order for the Court's approval with respect to that stipulation (ECF 42.).

2.  Effective February 25, 2022, Plaintiff's collective action claims under the Fair Labor Standards Act (29 U.S.C. § 216(b)) are dismissed with prejudice (ECF 14.), and Plaintiff's Motion for Conditional Certification is withdrawn (ECF 27.). The rights of putative plaintiffs, if any, are not affected by Plaintiff Shawn Schwartzenberger's dismissal of his right to seek class certification of FLSA collective action claims.

///

016160.00002 - 407002.1

3. Effective February 25, 2022, Defendant's Motion to Compel Arbitration was granted. (ECF 25.). Plaintiff's remaining claims are his individual FLSA and related state law claims, as well as a claim under the California Private Attorneys' General Act under Cal. Lab. Code § 2699 *et. seq.*

4. Within 60 days from the date of this Order, Plaintiff may initiate arbitration by filing a Complaint with JAMS consistent with the language of the Parties' agreement:

> Any dispute, claim or controversy arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, will be determined by arbitration at Santa Barbara, California before arbitrators. The arbitration will be administered by JAMS under its Comprehensive Arbitration Rules and Procedures and under the Expedited Procedures in those Rules, or, on agreement of the Parties, under JAMS' Streamlined Arbitration Rules and Procedures. Judgment on the Award may be entered in any court having jurisdiction. This clause will not preclude parties from seeking provisional remedies in aide of arbitration from a court of appropriate jurisdiction. In no event will the damages awarded include punitive of exemplary damages.

5. The Parties may mutually agree to vary the terms specified above as to conditions under which the arbitration will proceed.

6. The Parties disagree as to what should happen if Plaintiff does not initiate arbitration within the ordered time. Defendant requests this Court order that if Plaintiff fails to initiate arbitration within 60 days, Plaintiff's remaining claims will be dismissed with prejudice. Plaintiff proposes that if he chooses not to initiate arbitration within 60 days, that the statute of limitations shall begin to run against his individual wage claims.

7. This action is stayed for the pendency of the arbitration, with a follow-up Arbitration Status Conference set for February 24, 2023 at 1:30 p.m. At the time that either Party shall receive an arbitral award, a dispositive order from the arbitrator, or enter into a settlement agreement, either Party shall so notify the Court.

8. This stipulation shall not affect any of the Parties' rights under the "Business to Business Agreement," which was attached to Defendant's Motion to Compel Arbitration. (ECF 25-2, page 10 *et seq.*)

Dated: August _____, 2022           **SAGASER, WATKINS & WIELAND, PC**

/s/Paul J. Bauer
Paul J. Bauer
Samuel O. Munson
Attorneys for Defendant ConsumerXpress LLC, dba CAC Services

Dated: August _____, 2022           **SHELLIST LAZARZ SLOBIN, LLP**

/s/Ricardo J. Prieto
Ricardo J. Prieto, *Pro Hac Vice*
Attorneys for Plaintiff Shawn Schwartzenberger

**ORDER**

After consideration of the above stipulation, IT IS HEREBY ADOPTED AS THE ORDER OF THIS COURT.

It is further ordered that a status conference is set before the Magistrate Judge Barbara A. McAuliffe on February 24, 2023 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **August 29, 2022**

UNITED STATES DISTRICT JUDGE