1  Ricardo J. Prieto (admitted *Pro Hac Vice*)
    rprieto@wageandhourfirm.com
2  WAGE AND HOUR FIRM
    400 N. Saint Paul St., Suite 700
3  Dallas, Texas 75201
    (979) 220-2824 – Telephone
4  (469) 399-1070 – Facsimile

5  Melinda Arbuckle, SBN 302723
    marbuckle@wageandhourfirm.com
6  WAGE AND HOUR FIRM
    3600 Lime Street, Suite 111
7  Riverside, California 92501
    (214) 210-2100 – Telephone
8  (469) 399-1070 – Facsimile

9  *Counsel for Plaintiffs and Proposed Class and*
    *Collective Action Members*

10

11

12              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
13                   **FRESNO DIVISION**

14  | Shawn Schwartzenberger, individually and on | **Case No.: 1:21-cv-00781-JLT-BAM** |
    behalf of all others similarly situated,

15          Plaintiff,                              **STIPULATION OF DISMISSAL**
                                                    **PURSUANT TO RULE**
16          v.                                      **41(a)(1)(A)(ii)**

17  ConsumerXpress LLC, d/b/a CAC Services,

18          Defendant.

19

20          Plaintiff Shawn Schwartzenberger ("Plaintiff" or "Schwartzenberger") and Defendant

21  ConsumerXpress LLC, d/b/a CAC Services ("Defendant" or "CAC") pursuant to Rule

22  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above-captioned

23  action be dismissed as specified herein, with each Party to bear her or its own attorney's fees and

24  costs.

25          Plaintiff and Defendant, each represented by counsel, jointly stipulate that they have

26  reached a mutual resolution of bona fide disputes between Plaintiff and Defendant relative to the

27  Fair Labor Standards Act ("FLSA") and individual state law claims (see ECF 14.). Accordingly,

28                                    - 1 -        Case No. 1:21-cv-00781-JLT-BAM
                                                   Joint Stipulation of Dismissal
                                                   Pursuant to Rule 41(a)(1)(A)(ii)

Court-approval of the settlement is not required in order to dismiss this lawsuit.  The Parties agree and hereby stipulate that the joint dismissal will be with prejudice as to each of Plaintiff's individual claims.

There are no pending motions in this lawsuit as to any Party herein, and the Court has not certified a collective action or class action in this matter.  For this reason, the dismissal of Plaintiff's claims under the California Private Attorneys General Act ("PAGA") and the class action mechanism/claim shall be without prejudice (See ECF 14 ¶s 17-19, 56-57 (Class Action); ¶s 101-107 (PAGA)) to avoid impacting the rights of certain non-party putative collective members, class members, and aggrieved employees.  The Parties' intention is that this dismissal shall not effect the ability of these putative collective members, potential class members, or aggrieved employees other than Plaintiff to file a subsequent action.  The Parties' expressly agree that it is their intention that Plaintiff completely forebears and waives any pursuit of a role as a representative for collective, class, and representative claims on the basis of the same claims with respect to aggrieved employees, putative collective members, or putative class members.

////

////

////

////

////

////

////

////

////

////

////

////

////

- 2 -      Case No. 1:21-cv-00781-JLT-BAM
Joint Stipulation of Dismissal
Pursuant to Rule 41(a)(1)(A)(ii)

016160.00002 - 448250.1

Counsel for all Parties have signed this stipulation below. As such, this stipulation of dismissal and the appropriate aspects of dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to Plaintiff's PAGA claims and class claims is appropriate pursuant to Rule 41(a)(1)(A)(ii) and Rule 23(e) of the Federal Rules of Civil Procedure, and no Order from the Court dismissing the above-captioned action is necessary in order to effectuate dismissal of this action.

Dated: February 3, 2023

Respectfully submitted,

By:        /s/ Ricardo J. Prieto
              Ricardo J. Prieto

WAGE AND HOUR FIRM
Ricardo J. Prieto (admitted *Pro Hac Vice*)
rprieto@wageandhourfirm.com
400 N. Saint Paul St., Suite 700
Dallas, Texas 75201
(979) 220-2824 – Telephone
(469) 399-1070 – Facsimile
Melinda Arbuckle
marbuckle@wageandhourfirm.com
3600 Lime Street, Suite 111
Riverside, California 92501
(214) 210-2100 – Telephone
(469) 399-1070 – Facsimile

*Counsel for Plaintiffs and Proposed Class and Collective Action Members*

Dated:  February 3, 2023        **SAGASER, WATKINS & WIELAND PC**

By:        /s/ Samuel O. Munson
              Paul J. Bauer
              Samuel O. Munson
              Attorneys for Defendant
              ConsumerXpress LLC, dba CAC Services

016160.00002 - 448250.1